Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501       Fax (323) 937-4503
e-mail: BCC4929@aol.com
Linkedin Profile: http://www.linkedin.com/in/baruchcohen

*Attorney For Defendants* KAREN O'CALLAGHAN and KABR SHAMROCK, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| DAVID A. GILL, solely in his capacity as Permanent Receiver in the matter of Securities and Exchange Commission vs. Diversified Lending Group, Inc; Applied Equities Inc; Bruce Friedman and Tina M. Placourakis, USDC CV 09-10533-R-JTLx<br><br>        Plaintiff<br><br>vs.<br><br>KAREN O'CALLAGHAN and KABR SHAMROCK, LLC<br><br>        Defendants | Case No. CV09-4632 GMK<br><br>NOTICE OF ERRATA IN NOTICE OF MOTION AND MOTION TO STAY CASE AND PROCEEDING UNDER 5th AMENDMENT PRIVILEGE AGAINST SELF-INCRIMINATION AND FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BARUCH C. COHEN IN SUPPORT THEREOF<br><br>Date: December 7, 2009<br>Time: 10:00 am<br>Place: Courtroom "8"<br>312 North Spring Street<br>Los Angeles, California 90012 |

    Defendants, KAREN M. O'CALLAGHAN and KABR SHAMROCK, LLC (hereinafter referred to collectively as "Defendants"), by and through their counsel of record, Baruch C. Cohen, Esq., of the Law Office of Baruch C. Cohen, APLC, do hereby notify the Court of

F:\DOCS\KAREN-OCALLAGHAN\STAY-5TH-AMENDMENT-ERRATA.wpd
11/5-1:38pm

errata with regard to their NOTICE OF MOTION AND MOTION TO STAY CASE AND PROCEEDING UNDER 5TH AMENDMENT PRIVILEGE AGAINST SELF-INCRIMINATION AND FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BARUCH C. COHEN IN SUPPORT THEREOF ("Notice of Notice and Motion") filed on October 28, 2009, at Docket No. 65. The Notice of Notice and Motion is missing page 5. A complete a correct copy of the Notice of Notice and Motion will be e-filed with the Clerk of Court contemporaneously with this Notice of Errata.

DATED: November 5, 2009

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By ___/S/ Baruch C. Cohen___
Baruch C. Cohen, Esq.
*Attorney For Defendants,* KAREN O'CALLAGHAN and KABR SHAMROCK, LLC

# PROOF OF SERVICE

I, Baruch C. Cohen, declare as follows:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years and not a party to this action or proceeding. My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

Upon this day, I served the within NOTICE OF ERRATA IN NOTICE OF MOTION AND MOTION TO STAY CASE AND PROCEEDING UNDER 5th AMENDMENT PRIVILEGE AGAINST SELF-INCRIMINATION AND FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BARUCH C. COHEN IN SUPPORT THEREOF Defendant on all interested parties in this action through their attorneys of record by placing a true and correct copy thereof, addressed as per the attached service list.

  X   VIA FIRST CLASS MAIL [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 7004-1(2)(b)]. I deposited said document(s) into the United States mail at Los Angeles, California, in a sealed envelope with postage fully prepaid. My practice is to collect and process mail on the same day as shown on this declaration. Under that practice, all correspondence is deposited with the US Postal Service on the same day that it is placed for collection and processing, in the ordinary course of business.

  ___   VIA HAND DELIVERY/PERSONAL SERVICE (C.C.P. §§ 1001, et seq., & Local Bankruptcy Rule 7004-1(2)(c)]. I directed a courier to personally deliver said document(s) to each addressee.

  ___   VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 7004-1(2)(d)]. I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of my office.

  ___   VIA FACSIMILE (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 7004-1(2)(e)]. I caused the said document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted herein. I received written confirmation that the facsimile transmission was received by the addressee.

I declare that I am a member of the State Bar of this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on November 5, 2009.

By     /S/ Baruch C. Cohen
Baruch C. Cohen

1 | SERVICE LIST

2 | Gilbert G. Mikalian, Esq.
Danning, Gill, Diamond & Kollitz, LLP
3 | 2029 Century Park East, Third Floor
Los Angeles CA 90067

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28