```
 1  GEORGE E. SCHULMAN (State Bar No. 064572)
    ges@dgdk.com
 2  KATHY BAZOIAN PHELPS (State Bar No. 155564)
    kbp@dgdk.com
 3  GILBERT MIKALIAN (State Bar No. 244690)
    ggm@dgdk.com
 4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
    2029 Century Park East, Third Floor
 5  Los Angeles, California 90067-2904
    Telephone:  (310) 277-0077
 6  Facsimile:  (310) 277-5735

 7  Attorneys for David A. Gill, Receiver
```

[FILED stamp: CLERK, U.S. DISTRICT COURT, DEC 21 2010, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. GILL, solely in his capacity as Permanent Receiver in the matter of *Securities and Exchange Commission vs. Diversified Lending Group, Inc.; Applied Equities, Inc.; Bruce Friedman and Tina M. Placourakis*, U.S.D.C. Case No. CV 09-01533-R-JTL,<br><br>          Plaintiff,<br><br>     vs.<br><br>KAREN O'CALLAGHAN,<br><br>          Defendant. | Case No. CV 09-04632-R-SS<br><br>[~~PROPOSED~~] JUDGMENT AGAINST KAREN O'CALLAGHAN<br><br>F.R.Civ.P. 58<br><br>[No hearing required] |

The Court, having granted the Motion of Receiver for Summary Adjudication against Defendant Karen O'Callaghan on First Claim for Relief in the First Amended Complaint, and the Court having dismissed all of the claims for relief at the receiver's request, and the Receiver having obtained and recorded a writ of attachment against the real property located at 5034 Mecca Avenue, Tarzana, CA 91356, recorded at the Recorder's Office for the County of Los Angeles, State of California, on July 22, 2009, instrument number 2091112478 ("Writ of Attachment");

**IT IS HEREBY ORDERED:**

1.  The Plaintiff shall have and recover a judgment against Karen O'Callaghan in the amount $1,354,985.00, plus pre-judgment interest of 0.29% thereon as set forth in 28 U.S.C. § 1961 from the date of the transfer of funds (July 15, 2008) to the date of entry of this judgment.

2.  The Plaintiff shall have and recover from Karen O'Callaghan post-judgment interest from the date of entry hereof until paid in full at the interest rate provided by law.

3.  This judgment shall relate back to July 22, 2009, which date is the date of recording of the Writ of Attachment.

Dated: December 21, 2010

*for* MANUEL L. REAL
United States District Judge

# PROOF OF SERVICE

I, Martha Gonzalez, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On December 17, 2010, I served the following document(s): **[PROPOSED] JUDGMENT AGAINST KAREN O'CALLAGHAN** on the interested parties addressed as follows:

**Defendant Karen O'Callaghan**
Karen O'Callaghan
5034 Mecca Avenue
Tarzana, CA 91356

**Courtesy Copy (via Email)**
John M. McCoy, III, Esq.
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036
Email: mccoyj@sec.gov

**Courtesy Copy (via Email)**
Melanie M. Butler, Esq
The Law Office of Melanie M. Butler
928 N. San Fernando Blvd., Ste. J-122
Burbank, CA 91504
Email: mbutler@melaniebutlerlaw.com

**Courtesy Copy (via Email)**
David M. Reeder, Esq.
Reeder Law Group
2029 Century Park East, #2500
Los Angeles, CA 90067
Email: david@reederlaw.com

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on December 17, 2010, at Los Angeles, California.

Martha Gonzalez
(Type or print name)                    (Signature)

361925.02 [XP]    25176A